**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **JUDY PETERSEN,** | |
| **Plaintiff,** | 2007-CV-0112 |
| v. | |
| **UNITED LABORATORIES INTERNATIONAL, L.L.C.,** | |
| **Defendant.** | |

**TO:** Lee J. Rohn, Esq.
Rachelle M. Shocklee, Esq.

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendant to Produce the Excess Insurance Policy (Docket No. 21). Defendant filed an opposition to said motion, and Plaintiff filed a reply thereto.

Being advised in the premises and upon due consideration thereof, the Court finds that the insurance policy at issue involves an insurer which "may be liable to satisfy all or party of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment" and must be disclosed pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv).

Accordingly, it is now hereby **ORDERED**:

*Petersen v. United Laboratories Int'l, L.L.C.*
2007-CV-0112
Order Granting Plaintiff's Motion to Compel
Page 2

1. Plaintiff's Motion to Compel Defendant to Produce the Excess Insurance Policy (Docket No. 21) is **GRANTED**.

2. Defendant shall serve upon counsel for Plaintiff, within ten (10) days from the date of entry of this order, a copy of the excess insurance policy.

ENTER:

Dated: May 27, 2008                                        /s/
                                                           GEORGE W. CANNON, JR.
                                                           U.S. MAGISTRATE JUDGE